UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KEITH L. DALY,**

    **Plaintiff,**

v.     Case No: 6:20-cv-284-GKS-EJK

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

## ORDER

THIS CAUSE concerns Plaintiff Keith L. Daly's (Daley) appeal from a final decision of the Commissioner of the Social Security Administration (Commissioner) denying his application for Disability Income Benefits. On April 6, 2021, the parties filed a Joint Memorandum addressing their differing positions. (Doc. 41).

Thereafter, on July 29, 2021, the United States Magistrate Judge issued a Report and Recommendation (Report and Recommendation) recommending that the Commissioner's decision be affirmed (Doc. 43). The Commissioner filed a Notice of Supplemental Authority, (Doc.42). Plaintiff Daly filed Objections to the Report and Recommendation on August 11, 2021 (Doc. 45).

In this case, the ALJ's findings are supported by substantial evidence, and the ALJ applied the proper legal analysis to Plaintiff's disability claims. After *de novo*

review of the portions of the Report and Recommendation to which Plaintiff objects (Doc. 45), it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 43) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Commissioner's final decision in this case is **AFFIRMED** under sentence four of 42 U.S.C. § 405(g). The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this __18__ day of August, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties